THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00194-GCM

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RONALD A. KORNBLUTH, JR., and LINDA J. NORCROSS | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER** is before the Court on Plaintiff Jackson National Life Insurance Company's Complaint and Prayer for Relief (Document # 1).

### I. ORDER

**NOW, THEREFORE, IT IS ORDERED**:

1. Plaintiff's Prayer for Relief is **GRANTED**. Plaintiff is **GRANTED LEAVE and ORDERED** to deposit into the Registry of the Court the proceeds of the Policy and rider. Plaintiff also shall include in the funds deposited the applicable interest from the date of Robert B. Henderson's death to the date of the payment to the Court. The Clerk of this Court shall place the funds received from Plaintiff in an interest-bearing account pending final resolution of the remaining parties' claims.

2. Upon Plaintiff's making the deposit ordered above:

a. Plaintiff shall be fully and forever discharged from all claims or other liability to the Defendants and all other persons regarding the Policy;

b. Defendants shall be fully and perpetually enjoined and restrained from commencing any action against Plaintiff on the Policy: and

c. Plaintiff shall be dismissed from this action, and any and all claims or counterclaims that may have been asserted against Plaintiff shall be dismissed with prejudice.

d. Judgment shall be entered that Defendants be required to enter a plea and settle among themselves their right to the proceeds.

e. The Plaintiff recover its costs.

**SO ORDERED**.

Signed: June 2, 2010

Graham C. Mullen
United States District Judge