# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jackson National Life Insurance Company,

       Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                3:10cv194-GCM

Ronald A. Kornbluth, Jr. and
Linda J. Norcross

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2010 Order.

                                         Signed: June 16, 2010

                                         Frank G. Johns, Clerk
                                         United States District Court